USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

A. G., et al.,

                **Plaintiffs,**

     -against-

                21-CV-02137 (MKV)(SN)

                **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     On Tuesday, June 15, 2021, the Honorable Mary Kay Vyskocil assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as possible, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

     The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

                                       _____
                                       SARAH NETBURN
                                       United States Magistrate Judge

DATED:    June 15, 2021
                New York, New York